PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants,
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YADWINDER SINGH, ET AL. | CASE NO. 2:23-CV-02771 DJC-DB |
| Plaintiff, | STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |
| v. | |
| USCIS, ET AL., | |
| Respondents. | |

    The Defendants respectfully request to hold this case in temporary abeyance through August 1, 2024, and counsel for Plaintiffs do not oppose. In this case, Plaintiffs allege that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on their pending asylum applications, which were filed in 2017. USCIS has scheduled Plaintiffs' asylum interview for April 3, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiffs' applications, and USCIS will endeavor to do so within 120 days.

STIPULATION AND ORDER FOR TEMPORARY
ABEYANCE

The parties therefore stipulate that this matter be held in temporary abeyance through August 1, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: January 12, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/CHRISTINA SULLIVAN CASTRO
CHRISTINA SULLIVAN CASTRO
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: January 12, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE